## Second Department, July, 1935.

Sadie H. Beck and Moses M. Beck, Respondents, v. Victor J. Dowling and Thomas E. Murray, Jr., as Receivers of the Interborough Rapid Transit Company, Appellants.— Motion for leave to appeal to Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

George Fornsel, Respondent, v. Natural Bloom, Inc., Appellant.— Motion for leave to appeal to Appellate Division and for a stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of Fannie Jane Waters Smith for Payment of Award for Damage Parcel No. 400, etc., in the Proceeding for Acquiring Title to Northern Boulevard from Parsons Boulevard to the Easterly City Line, in the Borough of Queens, City of New York. Susan Waters and Another, Appellants; The City of New York and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Application of Standard X-Ray Company, Appellant, for a Mandamus Order against George L. Hubbell and Others, Constituting the Board of Managers of Meadowbrook Hospital, J. Russell Sprague and Others, Constituting the Board of Supervisors of the County of Nassau, and Others, Respondents, Directing the Board of Managers Aforesaid and the Board of Supervisors of the County of Nassau to Award to the Petitioner a Contract for the Purchase of Supplies for the Use of the Meadowbrook Hospital.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Johnston, JJ.

In the Matter of Leon M. Woodworth, an Attorney and Counselor at Law.— Respondent disbarred and his name ordered struck from the roll of attorneys. Respondent, in the County Court of Rockland county, pleaded guilty to the crimes of forgery in the first degree, grand larceny in the first degree and grand larceny in the second degree. The crimes being felonies, his disbarment necessarily follows. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

Mary E. Kenny, Respondent, v. Richard Gibbons and Another, Appellants. — Motion for leave to appeal to Appellate Division granted. Present — Lazansky, P. J., Young, Carswell and Johnston, JJ.; Davis, J., not voting.

Alma Wildermuth, Respondent, v. Fanning Bread and Butter Pickle Co., Inc., Appellant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

Barnet Witt, Appellant, v. John Hancock Mutual Life Insurance Company of Boston, Massachusetts, Respondent.— Motion for leave to appeal to Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.